# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 12-11163 (JPS) |
| | ) | |
| Rufus Taylor, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | JUDGE JESSICA E. PRICE SMITH |

## UNITED STATES TRUSTEE'S STATEMENT OF PRESUMED ABUSE

The United States Trustee has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 11 U.S.C. § 707(b)(2).

    **Respectfully Submitted,**

    **DANIEL M. McDERMOTT**
    **United States Trustee**
    **Region 9**

by:    /s/Derrick V. Rippy
    Derrick V. Rippy
    Trial Attorney
    U.S. Department of Justice
    Office of the U.S. Trustee
    201 E. Superior Avenue
    Suite 441
    Cleveland, Ohio 44114
    (216) 522-7800 x. 232
    (216) 522-7193 Facsimile
    Derrick.V.Rippy@usdoj.gov

# Certificate of Service

I, Derrick V. Rippy, hereby certify that the foregoing *Statement of Presumed Abuse* was electronically transmitted on April 2, 2012, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

Roger Stearns
4307 Groveland Road
University Heights, Ohio 44118

I, Derrick V. Rippy, hereby certify that the foregoing **Statement of Presumed Abuse** was mailed via U. S. Post, First Class, on April 2, 2012, to the following:

Rufus Taylor
6118 Thackeray
Cleveland, Ohio 44103

*Derrick V. Rippy*
Derrick V. Rippy