Dated: 14 May 2012  11:23 AM

ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 11-02, KENNETH J. HIRZ, CLERK OF BANKRUPTCY COURT
BY: /s/ A. A. Threatt
    Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 12-11163 |
| | ) |
| RUFUS TAYLOR | ) CHAPTER 13 |
|        Debtor | ) |
| | ) ORDER DIRECTING EMPLOYER |
| Social Security No. XXX-XX-2622 | ) TO MAKE DEDUCTIONS FROM |
| | ) DEBTOR-EMPLOYEE'S WAGES, |
| | ) COMBINED WITH RELATED |
| | ) ORDERS |

To: City of Cleveland.

The above named debtor has filed bankruptcy under Chapter 13 of the Bankruptcy Code. As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court. Based on the Debtor's filings, the Debtor's employer is:

Employer's Name:   City of Cleveland.
Address:           601 Lakeside Ave..
City/State/Zip:    Cleveland. OH., 44114
Phone:             216 664-1000

In accordance with the relevant provisions of the Debtor's proposed plan,

IT IS, THEREFORE, ORDERED, under 11 U.S.C. § 1325(c) and § 1326, that the Debtor's employer immediately deduct $ 211.85 per pay and the same amount each pay thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward the amounts deducted to the Chapter 13 Trustee until further order of this court. The Chapter 13 Trustee's name and payment address are:

Craig Shopneck, Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593

**Include the case number shown above with all payments.**

IT IS FURTHER ORDERED, under 11 U.S.C. § 362(a), that the EMPLOYER SHOULD CEASE ALL FURTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

      IT IS FURTHER ORDERED that if the Debtor's employment terminates during the term of the bankruptcy plan, the employer is to notify the Chapter 13 Trustee.

By submitting this form the debtor's attorney certifies that this form is identical in all respects to the official form.

| | |
|---|---|
| Attorney for Debtor: | Roger Stearns,#0038183 |
| Address: | 4307 Groveland Rd. |
| City/State/Zip: | University Heights,OH.,44118 |
| Phone: | 216 521-0200 |

SEE ATTACHED CERTIFICATE OF SERVICE

A copy of the above Order was sent by electronic and regular US Mail to the following:

Craig Shopneck
Chapter 13 Trustee

Rufus Taylor
6118 Thackeray
Cleveland, Ohio 44104

City of Cleveland
attn: Division of Accounts, Room 19
601 Lakeside Ave.
Cleveland, Ohio 44114

Revised March 1, 2011